UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. C 10-4009 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| HAYWARD POLICE DEPARTMENT; et al.; | |
| Defendants. | |

Plaintiff's second motion for appointment of counsel (docket # 11) is DENIED for the same reasons his first motion for appointment of counsel was denied at page 5 of the order of dismissal with leave to amend.

Plaintiff's motion for an extension of time to file his amended complaint is GRANTED. (Docket # 10.) Plaintiff must file his amended complaint no later than **June 10, 2011**. No further extensions of this deadline will be granted because it already has been extended twice and, by the time the newly-extended deadline arrives, he will have had almost six months to prepare his amended complaint. If the amended complaint is not filed by the deadline, this action will be dismissed.

No later than **June 1, 2011**, plaintiff must show cause why this action should not be dismissed for his failure to pay the partial filing fee that was imposed in the order of dismissal with leave to amend.

IT IS SO ORDERED.

Dated: May 5, 2011

_____
SUSAN ILLSTON
United States District Judge