UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS LAMAR JAMES, JR., | No. C 10-4009 SI (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HAYWARD POLICE DEPT.; et al., | |
| Defendant. | |

Defendants' motions for summary judgment having been granted, judgment is hereby entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED**.

DATED: May 23, 2012

SUSAN ILLSTON
United States District Judge