1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   DENNIS LAMAR JAMES, JR.,                    No. C 10-4009 SI (PR)

12              Plaintiff,                        **JUDGMENT**

13        v.

14   HAYWARD POLICE DEPT.; et al.,

15              Defendant.

16   _____/

17

18        Defendants' motions for summary judgment having been granted, judgment is hereby

19   entered in favor of defendants.  Plaintiff shall take nothing by way of his complaint.

20        **IT IS SO ORDERED**.

21   DATED:  May 23, 2012

22                                        _____
                                          SUSAN ILLSTON
                                          United States District Judge

23

24

25

26

27

28

**United States District Court**
For the Northern District of California